# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2248
LT Case No. 2022-DR-035009

_____

GREGG D. GONZALES,

    Appellant,

    v.

MALGORZATA A. GONZALES,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kathryn Michele Speicher, Judge.

Elizabeth Siano Harris, of Harris Appellate Law Office, Mims,
and Richard J. Feinberg, of Platt Cole Russell & Simpson, PLLC,
Melbourne, for Appellant.

Nancy A. Hass, of Nancy A. Hass, P.A., Hollywood, and Alan H.
Landman, of Alan H. Landman, P.A., Melbourne, for Appellee.

November 25, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, BOATWRIGHT, and KIBLANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____